UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., | § § § | |
| Plaintiff, | § § | C.A. NO. H-04-0649 |
| v. | § § | |
| FRANCIS WERE D/B/A/ AAA ASSURANCE AGENCY | § § § | |
| Defendant. | § | JURY DEMANDED |

## ORDER GRANTING PLAINTIFF AMERICAN AUTO ASSOCIATION INC.'S MOTION FOR ATTORNEY'S FEES AND TAXABLE COSTS

On March 10, 2005, the Court granted the Motion of the Plaintiff, American Auto Association, Inc.'s ("AAA"), for Entry of Default Judgment. (Doc. 12). In entering the Default Judgment, the Court ordered the Defendant, Francis Were ("Were") to pay the reasonable attorneys' fees of AAA. On April 4, 2005, AAA filed its bill of costs and itemization of attorneys' fees that should be awarded pursuant to 15 U.S.C. § 1117(a). The Court examined the itemization of attorneys' fees and finds that it was a reasonable and necessary expenditure of time and money to prepare to pursue a trademark infringement case against Were.

Therefore, the Court GRANTS the Plaintiff's motion and renders JUDGMENT as follows:

Francis Were d/b/a/ AAA Assurance Agency is ORDERED to pay AAA its reasonable and necessary attorney's fees in the amount of $5,666.00.

Francis Were d/b/a AAA Assurance Agency is ORDERED to pay AAA its taxable costs in the amount of $332.45.

The total judgment of $5,998.45 shall bear interest at the rate of 4.32% until paid.

Signed this 9th day of November 2005,

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE